1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    ANA ANGUIANA-TAMAYO,                Case No.  23-cv-03627-HSG
8                 Plaintiff,            **SCHEDULING ORDER**
9         v.
10   WALMART, INC., et al.,
11               Defendants.
12
13        A case management conference was held on October 24, 2023.  Having considered the
14   parties' proposals, *see* Dkt. No. 18, the Court **SETS** the following deadlines pursuant to Federal
15   Rule of Civil Procedure 16 and Civil Local Rule 16-10:
16

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 23, 2023 |
| Close of Fact Discovery | January 31, 2024 |
| Exchange of Opening Expert Reports | February 15, 2024 |
| Exchange of Rebuttal Expert Reports | February 29, 2024 |
| Close of Expert Discovery | March 28, 2024 |
| Dispositive Motion Hearing Deadline | June 27, 2024, at 2:00 p.m. |
| Pretrial Conference | September 24, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | October 15, 2024, at 8:30 a.m. |

24
25   //
26   //
27   //
28   //

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This order terminates Dkt. No. 18.

**IT IS SO ORDERED.**

Dated:   11/1/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2