Jason A. Geller (SBN 168149)
E-Mail: jgeller@fisherphillips.com
Juan C. Araneda (SBN 213041)
E-Mail: jaraneda@fisherphillips.com
Jessica A. Taylor (SBN 301708)
E-Mail: jataylor@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendants
WALMART INC. and WAL-MART ASSOCIATES, INC.

Lawrence W. Freiman (SBN 288917)
E-mail: lawrence@freimanlegal.com
FREIMAN LEGAL
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Telephone: (310) 917-1004
Facsimile: (310) 300-2603

Attorneys for Plaintiff
ANA ANGUIANO-TAMAYO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ANGUIANO-TAMAYO,<br><br>           Plaintiff,<br><br>     v.<br><br>WALMART INC.; WAL-MART ASSOCIATES, INC., and DOES 1 to 20, inclusive,<br><br>           Defendants. | Case No: 4:23-cv-03627-HSG<br><br>*[Removed from Sonoma County Superior Court; Case No. SCV-273505]*<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>State Complaint: June 15, 2023 |

The parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: 11/29/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

2  Case No: 4:23-cv-03627-HSG
ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)

FP 48620662.1